```
                         United States Bankruptcy Court
                              District of Puerto Rico
In re:                                                        Case No. 16-00901-ESL
ORLANDO RODRIGUEZ DIAZ                                        Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: mendeza               Page 1 of 1         Date Rcvd: Feb 09, 2016
                              Form ID: pdf001             Total Noticed: 14
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2016.
```
db           +ORLANDO RODRIGUEZ DIAZ,   12 CAMINO LOS SERRANOS,    SAN JUAN, PR 00926-9012
smg           DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,   OFICINA 424-B,    SAN JUAN, PR 00902-4140
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,   SAN JUAN, PR 00902-0192
smg           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,    12 FLOOR,
              SAN JUAN, PR 00918
4246335       AEELA,   PO Box 364508,   San Juan, PR 00936-4508
4246339       Money Express,    Bankruptcy Division,   PO Box 9146,   San Juan, PR 00908-0146
4246340       Scotiabank de Puerto Rico,    PO Box 362230,   San Juan, PR 00936-2230
4246341       Scotiabank de Puerto Rico,    PO Box 363368,   San Juan, PR 00936-3368
4246342       Sears/Cbna,   133200 Smith Rd,   Cleveland, OH 44130
4246343       Sistema de Retiro ELA,    PO Box 42003,   San Juan, PR 00940-2203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Feb 09 2016 19:16:08     US TRUSTEE,
              EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1922
4246336       E-mail/Text: marilyn.gonzalez@popular.com Feb 09 2016 19:17:11      Banco Popular de Puerto Rico,
              Mortgage Servicing Department,   PO Box 362708,   San Juan, PR 00936-2708
4246337       E-mail/Text: kpp@bspr.com Feb 09 2016 19:16:57     Banco Santander Puerto Rico,   PO Box 362589,
              San Juan, PR 00936-2589
4246338       E-mail/Text: laura.velez@firstbankpr.com Feb 09 2016 19:15:20      Firstbank Puerto Rico,
              PO Box 9146,   San Juan, PR 00908-0146
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2016 at the address(es) listed below:
```
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              ROBERTO  FIGUEROA CARRASQUILLO    on behalf of Debtor ORLANDO  RODRIGUEZ DIAZ cmecf@rfclawpr.com,
               cmecf.rfclawpr@gmail.com
                                                                                              TOTAL: 2
```

**United States Bankruptcy Court**
**District of Puerto Rico, San Juan Division**

IN RE:                                                                 Case No. _____

**RODRIGUEZ DIAZ, ORLANDO**                                            Chapter **13**
                                   Debtor(s)

# CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **2/08/2016**                    ☐ AMENDED PLAN DATED: _____
☑ PRE  ☐ POST-CONFIRMATION                  Filed by: ☐ Debtor ☐ Trustee ☐ Other

## I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ | **175.00** x | **57** | = $ | **9,975.00** |
| $ | **240.00** x | **3** | = $ | **720.00** |
| $ | x | | = $ | |
| $ | x | | = $ | |
| $ | x | | = $ | |

TOTAL: $ **10,695.00**

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ **10,695.00**

## III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,868.00**

Signed: **/s/ ORLANDO RODRIGUEZ DIAZ**
              Debtor

_____
              Joint Debtor

## II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
   **AEELA**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
   **Banco Popular de Pu    Sistema de Retiro El**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds.**

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC** _____ Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)